```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    SCOTT JAMES
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) No. 11-208 GEB
                                 )
11              Plaintiff,       ) STIPULATION AND [PROPOSED ORDER]
                                 ) TO SET HEARING ON DECEMBER 16,
12      v.                       ) 2011, AT 9:00 A.M.; PROPOSED
                                 ) BRIEFING SCHEDULE
13  SCOTT JAMES,                 )
                                 ) Date:  November 18, 2011
14              Defendant.       ) Time:  9:00 a.m.
    _____) Judge: Hon. Garland E. Burrell
15
```

16      THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant

17 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

18 James, that the Court should vacate the motion hearing scheduled for

19 November 18, 2011, at 9:00 a.m., and reset the hearing on December 16,

20 2011, at 9:00 a.m.

21      Counsel for Mr. James requires this time to review discovery,

22 confer with Mr. James, and to prepare further motions on behalf of Mr.

23 James.

24      The parties stipulate that Mr. James may file a reply brief on or

25 before December 9, 2011.

26      The parties also stipulate that the Court should exclude the

27 period from the date of this order through December 16, 2011, when it

28
                                    1

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. James' request outweigh the best interest of the public and Mr. James in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 8, 2011  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: November 8, 2011  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
PAUL HEMESATH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on December 16, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4). For the reasons set forth above, the Court finds that the ends of justice served by granting Mr. James' request for a continuance outweigh the best interest of the public and Mr. James in a speedy trial.

Dated: November 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2