IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )    2:11-cr-00208-GEB
          Plaintiff,       )
                           )
     v.                    )    ORDER
                           )
SCOTT JAMES,               )
                           )
          Defendant.       )
_____)

The government filed a "Request to Redact Filed Document" on July 23, 2012, in which it states as follows:

> It has come to the government's attention that the job application [filed by the government in support of its Reply to Defendant's Sentencing Memorandum] contains a Social Security number and other personal information. The government did make several other redactions in the attachment, but missed [these] two areas in the document. Pursuant to Local Rule 140, this information should have been redacted when filed in this case.
>
> The government hereby moves the Court to redact attachment 1 to Docket item number 40 (Reply to Defendant's Sentencing Memorandum and Letter), pursuant to Local Rule 141 . . . .
>
> Defense does not oppose this request.
>
> . . . .
>
> The government files herewith a copy of the attachment 1 that contains the [appropriate] redactions . . . .

(ECF No. 42, 1:22-2:15.)

1

For the reasons stated within the government's request, and good cause appearing under Local Rule 140, it is hereby ordered that the Clerk of the Court shall file the original attachment to the government's Reply to the Sentencing Memorandum (ECF No. 40-1) under seal. The government has already filed a redacted copy that conforms to Local rule 140. <u>See</u> ECF No. 42-1.

Dated: July 24, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge