IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:11-cr-00208-GEB |
| ) | |
| v. ) | <u>FED. R. CRIM. P. 32(H) NOTICE</u> |
| ) | |
| SCOTT JAMES, ) | |
| Defendant. ) | |

The parties are notified under Rule 32(h) of the Federal Rules of Criminal Procedure that the Court "may depart from the applicable sentencing range" and/or increase Defendant's offense level based upon the alleged misstatements contained in Defendant's handwritten letter filed in support of his Sentencing Memorandum (ECF No. 37-1). Application of Sentencing Guideline 3C1.1 (Obstruction of Justice) and/or the corresponding unavailability of Sentencing Guideline 3E1.1 (Acceptance of Responsibility) are being considered in connection with the referenced alleged misstatements.

Dated: July 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1